UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHET DUDA, | Case No. 3:19-CV-0546-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| ISIDRO BACA, et al. | |
| Defendants. | |

The court's order ECF No. 17 was returned undeliverable with the following handwritten note: "return to sender" (ECF No. 19). Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action with prejudice. Plaintiff shall have until **Friday, May 28, 2021** to file a notice of change of address or this court will recommend that this action be dismissed.

IT IS SO ORDERED.

DATED: April 27, 2021

_____
UNITED STATES MAGISTRATE JUDGE